## EDMONDS against ROBBINSON

## EDMONDS against FOXWELL

Robert Edmonds Exec$^r$ to the last will & testament of George Foxwell dec$^d$ plaint. ag$^t$ Richard Foxwell of blew point alias Scarborough Defend$^t$ in an action of the case for non payment of Six pounds being the remainder of Eight pounds & for non performance of severall Articles mentioned in writing according to Engagem$^t$ Covenant or Specialty [ 312 ] under the hand of s$^d$ Richard Foxwell bearing date the .20th day of August. 1669. as may or will appeare for the proofe of all aboueSued for as due & to bee performed & due interest for non performance of which according to the afores$^d$ Covenant agreement ingagement or Specialty is to the plaint$^s$ damage to the Summe abouesaide with other due damages according to

attachm<sup>t</sup> Dat. March 9th 1674. . . . The Jury . . . founde for the plaint. Six pounds according to specialty & costs of Court twenty Seven Shillings & two pence.

Execucion issued May. 14° 1675.